

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     *West Loop Hospitality, LLC, Jetall Companies, Inc., and Ali Choudhri*
*v. Houston Galleria Lodging Associates, LLC, Raymond Management*
*Co., Inc., The Estate of C.J. Raymond, and Barry Perkel*

Appellate case number:   01-19-00885-CV

Trial court case number: 2013-63613

Trial court:             55th District Court of Harris County

Date motion filed:       May 4, 2022

Party filing motion:     Appellants/Cross-Appellees

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ April L. Farris
                   ☐ Acting Individually ☒  Acting for the Court

Panel consists of: Justices Kelly, Hightower, and Farris.

Date:  May 19, 2022